439 F.2d 696
 Victor MACIAS, Petitioner-Appellant,
v.
James E. (Bill) DECKER, Sheriff, Dallas County, Texas, Respondent-Appellee.
 No. 30989 Summary Calendar.**
 United States Court of Appeals, Fifth Circuit.
 March 12, 1971.
 
 Appeal from United States District Court, Northern District of Texas; William M. Taylor, Jr., District Judge.
 Victor Macias, pro se; Vincent W. Perini, Hernandez, Cazorla, Ramirez & Perini, Dallas, Tex., for petitioner-appellant.
 Henry Wade, Criminal Dist. Atty., Dallas, Tex., for respondent-appellee.
 Before JOHN R. BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 **
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966